MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Phone: 702-240-6060
Fax No: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendant,
Marshalls of MA, Inc., dba Marshalls #204

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual, | CASE NO: 2:17-cv-01306-JCM-PAL |
| Plaintiff, | |
| vs. | |
| MARSHALLS OF MA, INC. dba MARSHALLS #204, | |
| Defendants. | |

### STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT [ECF 1]
### (First Request)

COME NOW Plaintiff Kevin Zimmerman by and through his counsel of record Whitney C. Wilcher, Esq. of The Wilcher Firm and Defendant Marshalls of MA, Inc, dba Marshalls #204, by and through its counsel of record Michael C. Mills, Esq. of Bauman Loewe Witt & Maxwell, PLLC, and pursuant to Local Rule 6-1 hereby stipulate that Defendant may have an extension of time in which to answer or otherwise plead to

Plaintiff's Complaint [ECF 1] until Friday, July 14, 2017. No previous extensions have been requested or granted. The purpose of the extension is to provide Defendant additional time to investigate and appropriately respond to the Complaint.

| | |
|---|---|
| Dated this 8th day of June 2017. | Dated this 8th day of June 2017. |
| THE WILCHER FIRM | BAUMAN LOEWE WITT & MAXWELL |
| /s/ Whitney C. Wilcher | /s/ Michael C. Mills |
| WHITNEY C. WILCHER, ESQ.<br>Nevada Bar No. 007212<br>8465 W. Sahara Ave. Suite 111-236<br>Las Vegas, NV 89117<br>Phone: 702-466-1959<br>Attorneys for Plaintiff,<br>Kevin Zimmerman | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>Phone: 702-240-6060<br>Fax: 702-240-4267<br>Counsel for Defendant,<br>Marshalls of MA, Inc., dba Marshalls #204 |

## ORDER

IT IS SO ORDERED.

DATED this __9th__ day of __June__ 2017.

BY THE COURT:

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE